PAMELA C. JACKSON, ESQ. SBN 87502
PAMELA C. JACKSON, INC.
409 Boyd Street
Vacaville, CA 95688
Telephone: 707-446-2333
Facsimile: 707-446-2393
E-Mail: jackson@pcjlawinc.com

Attorneys for Plaintiff,
Sutter Investment Corporation

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>ERIC R. FRAKES,<br>ANGELENE R. FRAKES,<br><br>Debtors.<br>_____/<br><br>SUTTER INVESTMENT<br>CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ERIC R. FRAKES,<br>ANGELENE R. FRAKES,<br><br>Defendants.<br>_____/ | Case No. 08-34899-B-7<br><br><br><br><br><br><br>Adversary Case No. 09-02147-B |

### STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff, Sutter Investment Corporation, and Defendants, Eric R. Frakes and Angelene R. Frakes, hereby stipulate to the dismissal of the within adversary proceeding, with prejudice. Each party agree to be responsible for, and bear, its own attorneys' fees and costs incurred herein.

1 | Dated: 25 Sep 2009        PAMELA C. JACKSON, INC.
2 |
3 |                           By: _____
4 |                              Pamela C. Jackson, Esq., Attorneys for
                                 Sutter Investment Corporation, Plaintiff
5 |
6 | Dated: 09/24/2009         _____
7 |                           David P. Ritzinger, Esq., Attorney for
                              Eric R. Frakes and Angeline F. Frakes,
                              Defendants